[No. 69899-1-I.   Division One.   May 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER WILLIAM CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00449-4, Nelson E. Hunt, J., entered November 15, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 69900-8-I.   Division One.   May 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN SHANE IVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00244-1, Richard L. Brosey, J., entered September 6, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Cox and Lau, JJ.

[No. 69901-6-I.   Division One.   May 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00601-8, Jay B. Roof, J., entered May 20, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Cox and Lau, JJ.

[No. 41949-1-II.   Division Two.   May 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02034-1, Rosanne Buckner, J., entered March 25, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.